# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 21-4299

Date of Oral Argument: 05/05/23

Caption: United States v. Austin Lee

Attorney Arguing: Nicholas J. Giles

Arguing on Behalf of (party name): Austin Lee

Select party type:
☑ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Nicholas J. Giles
Phone Number (day of argument): (202) 577-3845

Principal Argument Time: 16
(for appellants and appellees)

Rebuttal Argument Time (if any): 4
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:
(for appellants and appellees)

Rebuttal Argument Time (if any):
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:     Select one of the following: ☐ Order allowing argument time
                                                ☐ Court-Appointed Amicus

Signature: /s/ Nicholas J. Giles            Date: 03/20/23

03/08/2022 SCC